United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-50008
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ANTONIO LARICO SMITH,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:05-CR-30-2
---------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Antonio Larico Smith has
requested leave to withdraw from this appeal and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Smith has filed a response to counsel's motion to withdraw.
Our independent review of the brief, Smith's response, and the
record discloses no nonfrivolous issues for appeal.  Counsel's
motion for leave to withdraw is GRANTED, counsel is excused
from further responsibilities, and the appeal is DISMISSED.
See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.